# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM STUTSON, | CASE NO. 1:07-cv-00912-AWI-GSA PC |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| ALLEN SCRIBNER, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff Efrem Stutson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 25, 2007. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against Defendants Martinez, Northcuff, and Cantu for use of excessive force, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

1.  Service is appropriate for the following Defendants:

    SGT. F. MARTINEZ

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's claims against Defendants Scribner, Sanchez, and Landry be dismissed for failure to state a claim upon which relief may be granted under section 1983.

1

       C/O NORTHCUFF

       C/O CANTU

2.  The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed June 25, 2007.

3.  Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

  a.  Completed summons;

  b.  One completed USM-285 form for each defendant listed above; and

  c.  Four (4) copies of the endorsed complaint filed June 25, 2007.

4.  Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

 **Dated: April 2, 2008**      /s/ **Gary S. Austin**
                UNITED STATES MAGISTRATE JUDGE