# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM STUTSON,<br><br>          Plaintiff,<br><br>     v.<br><br>ALLEN SCRIBNER, et al.,<br><br>          Defendants. | CASE NO. 1:07-cv-00912-AWI-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING DEFENDANTS SCRIBNER, SANCHEZ, AND LANDRY FROM ACTION<br><br>(Doc. 20) |

Plaintiff Efrem Stutson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 2, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file an Objection.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed April 2, 2008, is adopted in full;

2.     This action shall proceed on Plaintiff's complaint, filed June 25, 2007, against Defendants Martinez, Northcuff, and Cantu for use of excessive force claim; and

///

3. Defendants Scribner, Sanchez, and Landry are dismissed from this action based on Plaintiff's failure to state a claim upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   May 23, 2008**                         /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE