IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EFREM STUTSON,** | Case No.: 1:07-cv-00912-AWI-GSA PC |
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **ALLEN SCRIBNER, et al.,** | (Doc. 30) |
| Defendants. | **RESPONSE DUE AUGUST 6, 2008** |

On June 30, 2008, Defendants Martinez and Cantu filed a motion for an extension of time to file their response to Plaintiff's complaint. The Court has considered their request and it is HEREBY GRANTED. Defendants' response is due on or before August 6, 2008.

IT IS SO ORDERED.

Dated:  **July 7, 2008**          /s/ **Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

1