# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM STUTSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ALLEN SCRIBNER, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-00912-AWI-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE, NUNC PRO TUNC TO OCTOBER 29, 2008<br><br>(Doc. 38) |

On September 18, 2008, Plaintiff filed a motion seeking an extension of time to file a response to Defendants' motion to dismiss. Plaintiff filed an opposition on October 29, 2008. Accordingly, Plaintiff's motion for an extension of time is GRANTED nunc pro tunc to October 29, 2008.

IT IS SO ORDERED.

Dated:    **October 31, 2008**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1