IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EFREM STUTSON,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**ALLEN SCRIBNER, et al.,**<br><br>                                    Defendants. | Case No. 1:07-cv-00912-AWI-GSA PC<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>(Doc. 40) |

On November 4, 2008, Defendants filed a request for extension of time to file a reply to Plaintiff's opposition to the motion to dismiss.  For good cause shown, Defendants are granted an extension of time, to November 12, 2008, to file their reply brief.

IT IS SO ORDERED.

Dated:   **November 4, 2008**                        **/s/ Gary S. Austin**
                                                                     UNITED STATES MAGISTRATE JUDGE

*[Proposed] Order*

1