IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM STUTSON, | 1:07-cv-00912-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| vs. | |
| ALLEN SCRIBNER, et al., | (DOCUMENT #46) |
| Defendants. | THIRTY-DAY DEADLINE |

On January 15, 2009, Plaintiff filed a motion to extend time to object to Defendants' motion to dismiss. Plaintiff filed an opposition to Defendants' motion on October 29, 2008, and on December 8, 2008, the undersigned issued a Findings and Recommendations recommending denial of the motion. Therefore, it appears Plaintiff is attempting to seek an extension of time to file a response to Defendants' objection to the recommendation that their motion be denied.

Plaintiff is HEREBY GRANTED **thirty (30) days** from the date of service of this order within which to file a response to Defendants' objections.

IT IS SO ORDERED.

Dated: **January 22, 2009**                    /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE