# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM STUTSON,<br><br>                    Plaintiff,<br><br>     v.<br><br>ALLEN SCRIBNER, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:07-cv-00912-AWI-GSA PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 59)<br><br>THIRTY-DAY DEADLINE |

On June 16, 2009, Defendants filed their second motion to dismiss for failure to exhaust. Plaintiff has not filed a response to the motion. Local Rule 78-230(m). Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to dismiss; and

2. If Plaintiff fails to file an opposition or a statement of non-opposition in compliance with this order, this action will be dismissed, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 27, 2009**          /s/ Gary S. Austin
                                      UNITED STATES MAGISTRATE JUDGE

1