# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM STUTSON,<br><br>            Plaintiff,<br><br>   v.<br><br>ALLEN SCRIBNER, et al.,<br><br>            Defendants.<br>_____ / | CASE NO. 1:07-cv-00912-AWI-GSA PC<br><br>ORDER GRANTING DEFENDANTS' MOTION AND VACATING DISCOVERY AND PRETRIAL DISPOSITIVE MOTION DEADLINES PENDING RESOLUTION OF MOTION TO DISMISS FOR FAILURE TO EXHAUST<br><br>(Doc. 66) |

On December 21, 2009, Defendants filed a motion seeking to vacate the discovery and pretrial dispositive motion deadlines pending resolution of their motion to dismiss for failure to exhaust the available administrative remedies. Defendants' motion to dismiss is currently set for an evidentiary hearing on April 21, 2010, after which time the Court will be able to resolve the motion.

Accordingly, good cause having been shown, it is HEREBY ORDERED that:

1. Defendants' motion to vacate the discovery and pretrial dispositive motion deadlines is GRANTED; and

2. The Court will set new discovery and pretrial dispositive motion deadlines following resolution of Defendants' motion to dismiss, should the motion be denied.

IT IS SO ORDERED.

Dated: **January 28, 2010**     /s/ **Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE