UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EFREM STUTSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEN SCRIBNER, et al.,<br><br>    Defendant. | 1:07-cv-00912-AWI-GSA-PC<br><br>ORDER VACATING APRIL 20, 2010 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO EFREM STUTSON, CDC# K-95968<br><br>(Doc. 73.) |

On April 20, 2010, the court issued an Order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff Efrem Stutson, commanding the Warden of High Desert State Prison to produce California prisoner Efrem Stutson #K-95968 to the Court on May 25, 2010 at 8:30 a.m., to attend a hearing in this action.

The hearing has been continued to July 21, 2010 at 9:00 a.m. by a court order issued on April 27, 2010. A new Writ of Habeas Corpus Ad Testificandum to transport Plaintiff shall be issued closer to the new hearing date.

Accordingly, due to the continuance of the hearing, IT IS ORDERED that the court's order of April 20, 2010, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on April 20, 2010, commanding the production of inmate Efrem Stutson, BE HEREBY VACATED.

IT IS SO ORDERED.

Dated: April 29, 2010          /s/ Gary S. Austin
                               UNITED STATES MAGISTRATE JUDGE